814

No. 65.  POAFPYBITTY ET AL. *v.* SKELLY OIL Co.  Sup. Ct. Okla.  Certiorari granted.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.  *Charles Hill Johns* and *Houston Bus Hill* for petitioners.  *John H. Cantrell* and *S. W. Wells* for respondent.  *Solicitor General Marshall* for the United States, as *amicus curiae.*

No. 219.  PEORIA TRIBE OF INDIANS OF OKLAHOMA ET AL. *v.* UNITED STATES.  Ct. Cl.  Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.  *Jack Joseph* and *Louis L. Rochmes* for petitioners.  *Solicitor General Marshall, Assistant Attorney General Weisl* and *S. Billingsley Hill* for the United States.

No. 232.  UNITED STATES *v.* O'BRIEN; and
No. 233.  O'BRIEN *v.* UNITED STATES.  C. A. 1st Cir. Certiorari granted.  MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. *Solicitor General Marshall* for the United States in No. 232.  *Marvin M. Karpatkin, Howard S. Whiteside* and *Melvin L. Wulf* for petitioner in No. 233.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States in No. 233.  Reported below: 376 F. 2d 538.

No. 267.  UNITED STATES *v.* NEIFERT-WHITE Co. C. A. 9th Cir.  Certiorari granted.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.  *Solicitor General Marshall, Acting Assistant Attorney General Eardley, Alan S. Rosenthal* and *Richard S. Salzman* for the United States.  *Michael J. Hughes* for respondent.